# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENZUELA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-01120-LJO-SKO<br><br>RELATED CASE: 1:12-cv-428-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

Plaintiff Juan Valenzuela filed a complaint on July 10, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

**Dated:   July 13, 2012**            /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE